# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Connie Bailey, | Case No. 2:10-cv-13684-SJM-MAR |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| Asset Recovery Management, LLC, | |
| Defendant. | |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action without prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: s/Lori A. Leigh
 Lori A. Leigh
 Bar # P65423
 17117 W. Nine Mile, Suite 1020
 Southfield, MI 48075
 Telephone: 866-339-1156
 Fax: 248-569-3874
 Email: lal@legalhelpers.com
 Attorneys for Plaintiff

2

## CERTIFICATE OF SERVICE

      I hereby certify that on September 9, 2011, my firm served Defendant with a copy of the foregoing Notice by depositing the same in the U.S. mail addressed as follows:

Asset Recovery Management, LLC
c/o Robbie McMillian, Registered Agent
305 Hamilton Dr.
Conyers, GA 30094

                                                s/Lori A. Leigh